No. 48578.—Protests 78694–K, etc., of Millinery Clearing House, Inc. (New York).

Opinion by TILSON, J.  The record showed that certain items consist of hats composed of manila hemp, similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72. C. A. D. 218).  Upon the established facts and the

authority cited the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to those items.